### 12705. WILLIAMS *v.* THE STATE.

A general verdict of guilty upon an indictment in two counts, one charging possession of intoxicating liquor and the other charging sale of such liquor, is not authorized, where there is no evidence of such a sale.

DECIDED NOVEMBER 16, 1921.

Indictment for violation of liquor law; from Muscogee superior court — Judge Munro. July 9, 1921.

*George C. Palmer, Terrell & Foley,* for plaintiff in error.

*C. F. McLaughlin,* solicitor-general, contra.

BLOODWORTH, J. The indictment in this case contains two counts; the first charging that the accused had in his possession, custody, and control certain liquors, and the second that he sold such liquors. Upon the trial the jury returned a general verdict of guilty, which means guilty on both counts; and as there is no evidence to show any sale, the verdict is without evidence to support it. See *Jones* v. *State,* 27 *Ga. App.* 600 (110 S. E. 37).

See also *Sewell* v. *State,* 23 *Ga. App.* 765 (5), 766 (99 S. E. 320); *Morse* v. *State,* 10 *Ga. App.* 61, 66 (72 S. E. 534).

*Judgment reversed. Broyles, C. J., and Luke, J., concur.*